**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x
In re:                                                    Chapter 13
James Sibio                                          Case No. 07-22678
Debtors
_____x


## CONSENT ORDER

I James Sibio, the Debtor herein, hereby consent to the withdrawal of Law Office of Shmuel Klein, PC and substitution of Joshua N. Bleichman as Attorney of Record in the above referenced cases.

Dated: Spring Valley, New York
       February 13, 2009                 _____/s/_____
                                         James Sibio, Debtor


_____/s/_____              _____/s/_____
  Shmuel Klein                                         Joshua N. Bleichman

SO ORDERED AND APPROVED:

/s/ Adlai S. Hardin, Jr.
Hon Adlai S. Hardin Jr. USBJ

Dated: White Plains, New York
       February 26, 2009